ACCEPTED
06-15-00129-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/18/2015 11:45:19 AM
DEBBIE AUTREY
CLERK

No. 06-15-00129-CR

|  |  |  |  |
|---|---|---|---|
| James Cunningham, | § | | |
| Appellant, | § | In The | |
| | § | Court of Appeals | |
| | § | | |
| v. | § | For The | |
| | § | | |
| State of Texas, | § | Sixth Judicial District, | |
| Appellee. | § | Texarkana, Texas | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/18/2015 11:45:19 AM
DEBBIE AUTREY
Clerk

## MOTION TO EXTEND TIME TO FILE BRIEF

Appellant, James Barcard Cunningham, seeks an extension of time to file his brief in this appeal and in support would show the Court:

Appellant timely perfected appeal from the June 18, 2015, judgment of the trial court. The record was complete on August 20, 2015, making appellant's brief due September 21, 2015.

Appellant seeks an extension of 30 days to file his brief, making the brief due October 21, 2015. Appellant needs additional time to file his brief because counsel for Appellant is counsel prosecuting or defending the following matters with deadlines during the time for preparing Appellant's brief:

*Rodriguez v. Karstens*, No. 10-14-00143-CV
　　Supplemental brief filed.　　　　　　　　September 3, 2015

*McKenna v. Caldwell*, Walker Co. No. 25035
　　Motion for summary judgment response filed　　September 8, 2015

*State v. Yevette King*, Brazos Co. No. 11-03332-CRF-361
　　Prepare for felony jury trial set for　　　　September 14, 2014

Appellant has requested no previous extensions.

**Prayer**

For the reasons set out herein, appellant prays the Court grant an extension to file his brief until October 21, 2015.

Respectfully submitted,

_/s/__Clint Sare_____
Clint  F. Sare
Tex. Bar No. 00788354
P.O. Box 1694
Bryan, Texas  77806
(979) 822-1505

Attorney for appellant
James Cunningham

**Certificate of Service**

I certify a copy of appellant's Motion to Extend Time to File Brief was served on Doug Howell, 300 E. 26th Street Ste. 310, Bryan, 77803 by  on September 18, 2015.

__/s/__Clint Sare_____
Clint F. Sare